Good morning, may it please the court. My name is Amy Gilbrow. I represent the plaintiff appellant Jeffrey Greenway Since 1988. Mr. Greenway has been receiving Social Security supplemental security income benefits Because he's disabled based on schizophrenia the issue before the administrative law judge and the case that's considered by the court is Determination of whether he was disabled on or before June 30th 1982 counsel. Let me tell you what's on my mind in this case It looked to me as though it could go either way usually schizophrenia sets in Between ages 18 and 25. He's got a schizophrenic brother. It's said genetic and So pretty good case that if he's diagnosed now, we had it then on the other hand the ALJ made considerable efforts to get all the records and what records he got showed medical exams at the relevant time and They all said he wasn't schizophrenic maybe some antisocial personality there, but and not schizophrenic they specifically look for it and so it seems like there's a fair effort to get the records and Substantial evidence on the record as a whole that he wasn't schizophrenic then even though those of us who think well It sets in between 18 and 25 would think that he was Why don't we have to defer to the Social Security Administration because of the administrative law standard of review I Disagree with you on on one point explain it Which is that I don't think that the ALJ made considerable efforts to get records in this case He did say in his decision that the record had been Reconstructed as well as possible But other than that statement, there's no evidence of what he did What records did the administrative law judge request in this case? What did he do to develop this record? I thought he asked for all records for everybody that he was given knowledge that there might be records There's no evidence in the record of any request those requests would have been made in writing by the judge There's also an indication that especially in regard to the records from Western State Which the judge recognized were sparse and incomplete. He did not request any additional records from Western State He and mr. Greenway had discussions about the Western State Hospital records That both hearings in this case and recall that mr. Greenway is an unrepresented Acknowledgedly mentally ill how did the ALJ get the records that he got? I don't know What inference could possibly be drawn other than that he asked for them and that they came well Mr. Greenway also took those records to To the second hearing they had a discussion about them The judge said he already had those records an inference could be drawn that mr Greenway provided those records that the ALJ didn't request them Dated Did Greenway say he had submitted the records previously No, but he did take identical records to the hearing with him the second time Well, the ALJ said he was going to get them and he says he has them Why are we supposed to draw an inference that he didn't try to get them? Well, because I understand that line of thinking because of what because of the discussion he and mr Greenway had at the second hearing In Jan on January 9th 2006 after the judge had already written a letter to the Appeals Council And I'm referring to exhibit to page 47 of the excerpts of record After the ALJ had already sent a letter to the Appeals Council saying I'm gonna request these records. Mr. Greenway said What about trying to obtain records from Western State directly? Do you think they might still have any records of mine and the ALJ responded I can do that or you can do that The ALJs response 47 and I don't see it. He are 47. Oh, I'm so sorry. I probably have the transcript site I assume I should look at the oh wait your bait stamps may be at the top here I I'm so sorry. I had that. Anyway, I will get it for you But There was this discussion the ALJ indicated I can do that or you can do that indicating that he had not requested the records at that point The decision was issued on February 29th. I Believe 2006 so the ALJ only had six weeks after the decision if he did request those records these records Are you suggesting there are records? Yes, you know, there are records that were not obtained. Is that correct? Yes And the ALJ ALJ acknowledged these records were sparse and incomplete all we have for a period of three years at Western State approximately is a Discharge summary and you've gotten the record since and moved to supplement in some way to get them in no I have not moved to supplement However, I have requested the records and do you know if there are any where you have them pardon? You said you requested records I did I have them. Yes, so there are more records. Yes But the issue is whether the issue before this court because I think there's some procedure as I remember from when I was a district judge for Expanding the record in the district court if there's some good reason to I can't remember exactly what it was anymore I didn't request the records at the district court. I requested them several months ago There's no procedure for submitting records at the Ninth Circuit I felt that the the rule for submitting new records is that the court can only consider that those records if there's Good cause for not submitting them earlier And in this case because I hadn't requested those records at the district court I did not feel that I would win on a good cause argument Well, the point is just of course you're supposed to submit things at the district court. We're in a public right? That's exactly right Well, then why don't we just why don't we just stuck with a record? There are no other records the record doesn't show any other records because the issue that I brought before the district court and before this Court is whether the administrative law judge had a duty to request those records for a client who is unrepresented at the hearing level The ALJ did not request those records like you did as well as a good lawyer would He didn't request the records. We don't know that You say he did he said he would He indicated at the hearing that you can you can get them or I can get them that's right So at the hearing we don't know that he did not request them. No, but at the hearing in January 2006 The ALJ and the plaintiff had had this discussion and in February he issued a decision There's no indication in the record that there is any written request for those records there are lots of things in this record I can't believe it. You know, we're sitting on this case and Maybe these records which you now have showed that the man was diagnosed with schizophrenia at the relevant dates and maybe they don't and you have them and We don't and the district court didn't and they could have been obtained in district court when he was represented it seems like the whole thing is kind of artificial and I Don't know if he didn't ask it's not incumbent upon the Social Security Administration to put on proof that they conducted themselves according to law and I Disagree, I think that there there is a requirement for them to show that the ALJ We should assume they're lying unless they put on proof by documentary evidence Well, the ALJ is supposed to support his decision by substantial evidence Isn't isn't he required to support rather than just a bare statement in his decision? Isn't he required to explain what he did we should call him a liar unless he can prove it There's no evidence in the record that he requested these records did he say he did he did well So do we have to call him a liar? Because the fact that he said he did that's evidence that he did and I think you're saying we have to call him a liar Unless he can prove that what he said was true by showing a document. I Think that's right The the other issue that I'd ask procedure where you can reopen the case below and get the records in No, that time has passed the the reopening period for The administrative law judges decision I haven't I haven't considered that Particular Avenue the decision was February of 2006. It's now February. It's now 2009 it's only been three years. I could request reopening of the of the record the other aspect of the court elected Aspect of this case I'd like to court that consider is that the ALJ did not properly call a medical expert in the case It's clear that he didn't do that. It's clear that there's a finding of disability I Have used my time and thank you very much for your consideration. Thank you counsel Good morning, your honors David Johnson representing Commissioner Astru and the Social Security Administration The record was developed as much as possible and inferences That more could have been done inferences that There were diagnoses are insufficient to carry plaintiffs or mr. Greenway's burden of proving that he had a medically determinable impairment The condition rule that when somebody is diagnosed later The ALJ should ordinarily call a medical expert and ask him if that Diagnosis explains symptoms that existed earlier Could you I can't remember the exact formulation of the rule and what the exceptions are You need to explain what exception applies here certainly Social Security ruling 1983-20 Addresses that in some detail But it doesn't all explain exactly when onset needs to be inferred When onset needs to be inferred generally a medical expert needs to be consulted That is onset of disability not onset of the situation now in this case. Mr Greenway was found disabled as of 1988 I believe it was After his date last insured and he was found for Social Security Supplemental security income which does not have an insurance requirement so after that Dr. Murray a state agency reviewing physician looked at the record in 1997 and The ALJ of course looked at the record for his decision He did not need to consult a medical expert because there was no Medical basis that a medical expert could have used to infer that onset occurred while Mr. Greenway was insured and the ruling is clear that you can't draw an inference of the onset of disability Without a medical basis and then medical basis. I mean diagnosis at the time or some way to Extrapolate that he really had the Would have been diagnosed if he'd been seen he was seen We need signs. There's some basis. He has schizophrenia later and usually it sets in between ages 18 and 25 Well, that's not an evidence. But what is an evidence is that he had schizophrenia later? And there could be you said that's not an evidence. What was the antecedent for that? I'm sorry your statement, Your Honor That it usually sets in at those ages. You stated I do not believe is an evidence. No, it isn't It's just anybody reads about schizophrenia knows that But I I don't think this court can exclude the later onset And the ALJ noted some facts that would indicate that it hadn't come on yet including that he was working a substantial gainful activity right up until the day of his crime and that He received no treatment after being recaptured and he received no treatment after his incarceration ended either on his own from a community source or while Incarcerated after being recaptured and he received none while he was On the run he said that's correct. And he was able to be on the run for several years He was able to engineer a successful escape able to be on the run for several years and received no treatment He didn't run afoul of authorities because I have a special medical program for fugitives on on the lam Well, we might and it might be called You run afoul of the authorities because your behavior causes you it to act in ways that gets you committed or gets you arrested Or something like that So the medical evidence at the time of his incident was that he had behaved in a way that's socially unacceptable he'd committed a rape and That's how they the diagnostic impression of dr. Kim was sexual deviation Rape that describes the behavior doesn't attribute to schizophrenia. Then is is there? Relevance to How we have to decide this that the doctors at the time Thought he was not schizophrenic that he was lying about his symptoms and That he might have antisocial personality Yes, your honor That's relevant in that it further detracts from the medical evidence the laboratory findings the signs that are required to diagnose The disease so a medical expert couldn't infer what the treaters a treater Dr. Kim and the examiners dr. Wing and reviewer. Dr. V tolls did not find at the time of the treatment so the fact that He displayed psychotic behavior on the award on the ward in what was described as an acute episode And then testing occurred and that testing didn't show that he was Didn't show the psychotic behavior or symptoms, but what do you do with the testings in? 78 Kim's reports in 78 I believe in the home wings reports in 79 he escapes in 80 His insurance runs out in 82 in June of 82 Could he had an onset between June of 80 and June 82. It's possible. It's his burden to prove that he did and There's no evidence to indicate that he did now Mr. Greenway's counsel is correct that in their brief that the ALJ cannot sit idly by and say you haven't proven your case you lose the ALJ needs to assist the Commissioner needs to assist all they can in developing the record and they did the regulation requires the Commissioner to seek the records the only treatment provider was Western State Hospital and That produced the records that the ALJ had in front of him Then the ALJ stated at the September hearing that he would request Additional records or make additional requests I should say in the November letter to the Appeals Council He told them that he was in the process of doing so and in January at the hearing. He stated that Both what counsel said and that he thought further efforts would be fruitless, but he gave the mr Greenway self-addressed stamped envelope and said get me whatever you can Essentially and then instead of issuing a final decision of the Commissioner right then He asked the Appeals Council to look at his recommended decision look at the case and make their own decision This is an unusual proceeding for disability cases usually the ALJ issues a decision and The appeals if asked to review the decision the Appeals Council reviews it in this case the ALJ Put together all he had wrote a decision and recommended that the Appeals Council adopted it Could you list what the ALJ did and tell us how to find it in the excerpts to get the records? Your honor that's on pages I can that is on pages 35 to 36 of my brief he at the September. I've summarized it that it's September 2005 hearing and this is at er 87 He asked mr. Greenway about additional places. Maybe if he'd sought treatment somewhere else Maybe he'd been treated involuntarily somewhere else He offered to seek records from those additional places Mr. Greenway did not know of any names and later testified that he had no mental health treatment until 1995 years after his recapture years after his being found disabled after release from incarceration The ALJ Stated he would attempt to obtain records from the Department of Washington State Department of Corrections the Shelton Correctional Facility Which is different than Western State Hospital, even though mr. Greenway stated he had not been treated there And he promised he would do what he can to obtain information and that was all at the September hearing in November he wrote the letter to the Appeals Council saying that he was currently attempting to obtain intervening medical records and Those efforts were not fruitful and he suggested to mr. Greenway at the January 2006 hearing that it was fruitless He'd done what he could if you can get me something more. Mr. Greenway, please do so I'm paraphrasing here and Waited nothing came it did what he had to do and issued a recommended decision That's mr. Greenway still didn't produce evidence to the Appeals Council And I'd like to bring the court's attention to Allen versus Secretary of Health of Human Services 7 to 6 1470 at 1473 and I apologize that it's not in my brief, but it puts the responsibility on When a claimant's unrepresented before an ALJ an attorney at district court should have cured the record issue if This is not in your brief. Why don't you give us a 28 J letter? I will you can use one of those gummy slips that the clerk has. Thank you. Um, I Vaguely recall that there's a rig that says the ALJ has a duty to help get the records and his duty is discharged by asking twice That's the reg that says the commissioner will make every reasonable effort when you file a claim and we will ask twice and that's what every reasonable effort means and Then the ALJ's duty is defined in case. This is the reg. That's the reg on the commissioner Did the commissioner ask twice? Yes, your honor Unfortunately, the requests are placed in what is section C of the file If you look at the file, you'll notice exhibits are labeled a B C D E and F. There are no C exhibits they're never included in the Excerpt of records that's produced for court proceedings. And in fact, it's my understanding that once Once the excerpt or the transcript of records is produced the C documents are destroyed I Have to tell you that they did because one that's our procedure to the records are there and they couldn't they didn't come from any other place three the ALJ made additional requests that presumed to act with integrity and Those requests did not produce anything not already in the record. So both the commissioner and the ALJ fulfilled their duties Thank you counsel. Thank you, your honor And Greenway be Astro was submitted
judges: Fernandez, Kleinfeld, Clifton